214

No. 226. WATERMAN v. SOMERVELL ET AL. June 21, 1943. Third petition for rehearing denied. MR. JUSTICE ROBERTS, MR. JUSTICE DOUGLAS and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 318 U. S. 798.

No. 495. BURFORD ET AL. v. SUN OIL CO. ET AL.;
No. 496. SUN OIL CO. ET AL. v. BURFORD ET AL.;
No. 553. GALLOWAY v. UNITED STATES;
No. 939. WATSON ET AL. v. CASPERS;
No. 960. PATTERSON ET AL. v. THE TEXAS COMPANY;
No. 962. MESCALL v. W. T. GRANT CO.; and
No. 1034. ALLEN v. UNITED STATES. June 21, 1943. Petitions for rehearing denied. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. 319 U. S. 315 (Nos. 495–496), 372 (No. 553), 757 (No. 939), 759 (No. 962), 761 (No. 960), 769 (No. 1034).

No. 528. HASTINGS ET AL. v. SELBY OIL & GAS CO. ET AL.;
No. 935. KELLEY ET AL. v. EVERGLADES DRAINAGE DISTRICT; and
No. 948. UNITED STATES GYPSUM CO. v. STORNELLI. June 21, 1943. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. 319 U. S. 348, 415, 760.